**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Earl Anthony NEVILS, a/k/a Earl Nevils, Jr., Earl Bowman, Earl Johnson, Alfred Johnson, "Babycriptoe", "Lilamigo" and "Baby Frog," Defendant–Appellant.**

**No. 06–50485.**

United States Court of Appeals,
Ninth Circuit.

Filed June 16, 2009.

---

Ana, CA, Michael J. Raphael, Esquire, Assistant U.S., George S. Cardona, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

Elizabeth Newman, Federal Public Defender's Office, Los Angeles, CA, for Defendant-Appellant.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.